1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7            FOR THE DISTRICT OF ARIZONA
8
9    Jordan M. Meschkow,                    )    No. CV 12-01703-PHX-NVW
                                            )
10              Plaintiff,                  )    **ORDER**
                                            )
11   vs.                                    )
                                            )
12                                          )
     Office of the United States Trustee; United)
13   States Department of Justice; Ilene J.)
     Lashinsky; Richard J. Cuellar,        )
14                                          )
                Defendants.                 )
15   _____   )
16
17        Plaintiff has filed a Motion for Dismissal Pursuant to FRCP 14(a) (Doc. 17).
18   Plaintiff may dismiss his action of right because no answer or motion for summary
19   judgment has been filed.  Fed. R. Civ. P. 41(a)(1)(A)(i).  This second dismissal of the
20   same claims "operates as an adjudication on the merits."  Fed. R. Civ. P. 41(a)(1)(B).
21        IT IS THEREFORE ORDERED that Plaintiff's Motion for Dismissal Pursuant to
22   FRCP 14(a) (Doc. 17) is granted.
23        IT IS FURTHER ORDERED that the Clerk enter judgment dismissing this action.
24        DATED this 17th day of September, 2012.
25
26   _____
                 Neil V. Wake
27            United States District Judge
28